THOMAS W. LAMONT et al., Individually and as the INTER-
NATIONAL COMMITTEE OF BANKERS ON MEXICO, Plaintiffs,
*v.* TRAVELERS INSURANCE COMPANY et al., Defendants,
and LOUIS S. OTTENHEIMER, Appellant.

THE GOVERNMENT OF THE UNITED STATES OF MEXICO,
Appearing Specially, Respondent.

Submitted October 28, 1940; decided October 28, 1940.

Motion to amend the remittitur denied. The opinion of
this court leaves no room for doubt that since the Govern-
ment of the United States of Mexico asks no affirmative
relief, it should be granted leave to intervene specially in
this action and to serve and file such pleading or statement
of its claim of sovereign immunity as it may be advised.
Indeed, only by such leave can proof of its claim of immunity
be presented, for a general appearance would constitute a
submission to the jurisdiction of the court and bar any
challenge to such jurisdiction. The order granting leave,
even though expressly consented to by all parties, should,
however, be made at Special Term, and not by this court.
(See 281 N. Y. 362.)